13,992J
James R. Birchmeier, Esquire
(Attorney ID #:  022821986)
**BIRCHMEIER & POWELL LLC**
Counsellors at Law
1891 State Highway 50
P.O. Box 582
Tuckahoe, New Jersey 08250
(609) 628-3414
Attorneys for Defendants, City of Wildwood, Patrolman Peter Hand; Patrolman Rosetti and
        Detective John Ribera

| | |
|---|---|
| ANGELA HERON,<br><br>                              Plaintiff,<br><br>v.<br><br>TWILIGHT MOTEL, INC.; KATHLEEN MANGINI; BOOKING.COM;  PATROLMAN PETER HAND; PATROLMAN ROSETTI; DETECTIVE JOHN RIBERA;<br>JOHN DOES 1-20; and JOHN DOE CORPORATIONS<br><br>                         Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – CAPE MAY COUNTY<br><br>DOCKET NO.  CPM-L-447-21<br><br>Civil Action<br><br>**NOTICE OF REMOVAL** |

TO THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF NEW JERSEY:

The Notice of Removal of the Defendants, Patrolman Peter Hand; Patrolman Rosetti and

Detective John Ribera of the City of Wildwood Police Department; by their attorney, James R.

Birchmeier, Esquire, of the Law Office of BIRCHMEIER & POWELL LLC, in accordance with the

provisions of 28 U.S.C. §1446, respectfully show that:

1.      The Defendants, Patrolman Peter Hand; Patrolman Rosetti and Detective John

Ribera of the City of Wildwood Police Department are Defendants in an action brought in the

Superior Court of New Jersey, Law Division, Cape May County, entitled:  <u>Angela Heron, Plaintiff</u>

<u>v. Twilight Motel, Inc.; Kathleen Mangini; Booking.com; Patrolman Peter Hand; Patrolman Rosetti</u>

and Detective John Rivera, et als, Defendants, under Docket No. CPM-L-000447-21. This action was filed on or about November 8, 2021, by the Plaintiff, Angela Heron, through her attorney, Stephen Cristal, Esquire of the **CRISTAL LAW CENTER,** filing a Complaint, in the Superior Court of New Jersey, Law Division, Cape May County. (A copy of this Complaint is attached as Exhibit "A").

2.      This Firm of Birchmeier & Powell LLC, by the undersigned, James R. Birchmeier, Esquire, has been retained to represent the interests of the Defendants, Patrolman Peter Hand; Patrolman Rosetti and Detective John Ribera of the City of Wildwood Police Department. This office was retained to represent the interest of the defendants on or about December 14, 2021 through an assignment letter from the DeWeese Law Firm, Solicitor for the Atlantic County Municipal Joint Insurance Fund, of which the City of Wildwood is a member.

3.      A review of the plaintiff's Complaint alleges the violation of various state law causes of action. In addition, the plaintiff's complaint contains various federal causes of action against the city of Wildwood, including the violation of the 14th amendment and the violation of 42 USC §1983 (See Paragraph 31 of Exhibit A).

4.      Upon receipt of this assignment and determining that our office was out of time to file an answer, a Stipulation Extending Time to file a responsive pleading to the Complaint filed in Superior Court of New Jersey, Law Division, Cape May County, was secured. (A copy of the filed Stipulation Extending Time to Answer is attached as Exhibit B).

5.      In an effort to protect the interests of the Defendants, this office filed an Answer and Separate Defenses in the pending Superior Court of New Jersey action. This pleading indicated that venue/jurisdiction was appropriate in the United States District Court given the allegations contained in the Plaintiff's Complaint. (A copy of this Answer and Separate Defenses is attached as Exhibit "C").

6.     Other than the filing of the above pleadings, there have been no subsequent proceedings in the Superior Court of New Jersey.

7.     This Notice of Removal is being filed pursuant to 28 U.S.C. §1446(b), thereby allowing the Defendants, Patrolman Peter Hand; Patrolman Rosetti and Detective John Ribera of the City of Wildwood Police Department, to remove this case to the United States District Court, pursuant to 28 U.S.C. §1331, on the basis of federal question jurisdiction specifically the violation of 42 U.S.C. §1983.

8.     These Defendants are mindful that this Notice must be filed within thirty (30) days after the service of the Summons upon the Defendants.   However, as can be seen from the above paragraphs, there was some delay in this matter being assigned to this office.

9.     Given the allegations in the Plaintiff's Complaint, this is a civil action over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1331 and, therefore, may be removed to the United States District Court pursuant to 28 U.S.C. §1441(a) and 28 U.S.C. §1441(b).

10.     The United States District Court also has supplemental jurisdiction pursuant to 28 USC §1367(a) over the state claims alleged in the Complaint pursuant to 28 USC §1441(c).

11.     Wherefore, the Defendants, Patrolman Peter Hand; Patrolman Rosetti and Detective John Ribera of the City of Wildwood Police Department, pray that this case, in its entirety, proceed in the United States District Court as an action properly removed.

Respectfully submitted,
**BIRCHMEIER & POWELL LLC**

DATED:  January 28, 2022

BY:/s/ James R. Birchmeier
JAMES R. BIRCHMEIER, ESQUIRE
Attorneys for Defendants